UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANZOR DZHUMAEV,

        Petitioner,

    v.

WARDEN, Adelanto ICE Processing Detention Center, et al.,

        Respondents.

Case No. 5:26-cv-00618-JWH-JDE

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Return to Petition filed by Respondents (Dkt. 23); and the Report and Recommendation of the United States Magistrate Judge (Dkt. 28, "Report"). As no party filed a timely objection to the Report, the Court hereby ORDERS as follows:

1.    The findings and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.    Judgment shall be entered **DISMISSING** the action **without prejudice**.

**IT IS SO ORDERED.**

Dated:    May 11, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2