JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANZOR DZHUMAEV,

        Petitioner,

    v.

WARDEN, Adelanto ICE Processing Detention Center, et al.,

        Respondents.

Case No. 5:26-cv-00618-JWH-JDE

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:   May 11, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2